**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FTI Consulting, Inc. )<br>as Trustee of the Centaur, LLC Litigation Trust, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Merit Management Group, LP, )<br>)<br>Defendant. ) | Case No. 1:11-cv-07670<br><br>The Honorable Judge Joan B. Gottschall |

**MOTION TO WITHDRAW APPEARANCE OF COUNSEL**

FTI Consulting, Inc. by its attorneys, hereby moves the Court for an Order withdrawing the appearance of Marcus D. Fruchter as its attorney of record. Attorney Marcus D. Fruchter is no longer associated with Honigman Miller Schwartz and Cohn LLP, effective August 14, 2015 and no longer represents FTI Consulting, Inc. in this case. Counsel of record from Honigman Miller Schwartz and Cohn LLP and Reid Collins & Tsai LLP continue to represent the plaintiff in this matter and should continue to receive service of all future pleadings, notices and filings.

Dated: August 18, 2015

Gregory S. Schwegmann
(gschwegmann@rctlegal.com)
Joshua J. Bruckerhoff
(jbruckerhoff@rctlegal.com)
REID COLLINS & TSAI LLP
1301 S. Capital of Texas Hwy
Building C, Suite 300
Austin, Texas 78746
Tel.: 512-647-6100
Fax: 512-647-6129

Respectfully submitted,

By: /s/ Jason M. Rosenthal
One of Its Attorneys

*FTI Consulting, Inc., as Trustee of the
Centaur, LLC Litigation Trust*

18784574.1

Jason M. Rosenthal
(jrosenthal@honigman.com)
HONIGMAN MILLER
     SCHWARTZ and COHN LLP
One South Wacker Drive, 28th Floor
Chicago, Illinois 60606
Tel.: 312-701-9300
Fax: 312-701-9335

## Certificate Of Service

I, Jason M. Rosenthal, an attorney, hereby certify that I caused a copy of the attached **Motion to Withdraw Appearance of Counsel** to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send email notifications of such filing to all registered users on this 18th day of August, 2015.

    /s/ Jason M. Rosenthal
    Jason M. Rosenthal