**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| FTI CONSULTING, INC., as Trustee of the Centaur, LLC Litigation Trust, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 11-CV-07670 |
| v. | ) ) | Judge Joan B. Gottschall |
| MERIT MANAGEMENT GROUP, LP, | ) ) | **Notice of Appeal** |
| Defendant. | ) ) ) | |

Notice is hereby given that Plaintiff, FTI Consulting, Inc., as Trustee of the Centaur, LLC Litigation Trust, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Order and Final Judgment dismissing the case under Federal Rule of Civil Procedure 12(c) entered in this action on the second day of October, 2015.

**Dated:** October 27, 2015  **Respectfully submitted,**

*/s/ Gregory S. Schwegmann*
One of the Attorneys for the Trustee

Gregory S. Schwegmann
(gschwegmann@rctlegal.com)
Joshua J. Bruckerhoff
(jbruckerhoff@rctlegal.com)
REID COLLINS & TSAI LLP
1301 S. Capital of Texas Hwy
Building C, Suite 300
Austin, Texas 78746
Tel.: 512-647-6100
Fax: 512-647-6129

Jason M. Rosenthal
(rosenthal@honigman.com)
H‍ONGMAN M‍ILLER S‍CHWARTZ AND C‍OHN LLP
One South Wacker Drive, 28th Floor
Chicago, IL 60606
Tel.:  312-701-9300
Fax:  312-701-9335

## CERTIFICATE OF SERVICE

I, Gregory S. Schwegmann, an attorney, certify that the foregoing **Notice of Appeal** was filed through the Court's CM/ECF system on October 27, 2015, which automatically provides notification of such filing to all registered counsel of record.

<u>/s/ Gregory S. Schwegmann</u>